IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alfonso Arreguin-Beltran,<br><br>　　　　Petitioner,<br>vs.<br><br>United States of America,<br><br>　　　　Respondent. | No. CR-04-0859-PHX-FJM<br>No. CV-05-3869-PHX-FJM (ECV)<br><br>**ORDER** |

The court has before it petitioner's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (CR doc. 55), and the Report and Recommendation of the United States Magistrate Judge, recommending that the motion be denied (CR doc. 64). No objection to the Report and Recommendation was filed and the time for filing such objection has expired.

The court accepts the recommended decision of the United States Magistrate Judge pursuant to Rule 72(b), Fed. R. Civ. P. Accordingly, **IT IS ORDERED DENYING** petitioner's motion to vacate, set aside or correct sentence (CR doc. 55) and **DISMISSING** the civil action opened in connection with this motion (CV-05-3869). The clerk is instructed to enter judgment accordingly.

DATED this 6th day of December, 2006.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge